## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MEGHAN R. JONES, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **NO. 12-cv-07712-RMB-JS** |
| v. | ) | |
| | ) | |
| NEW ENGLAND COMPOUNDING | ) | |
| PHARMACY, INC., d/b/a NEW ENGLAND | ) | |
| COMPOUNDING CENTER; | ) | |
| AMERIDOSE, LLC; ALAUNUS | ) | |
| PHARMACEUTICAL, LLC; PREMIER | ) | |
| ORTHOPAEDIC AND SPORTS MEDICINE | ) | |
| ASSOCIATES OF SOUTHERN NEW | ) | |
| JERSEY, LLC, also trading as PREMIER | ) | |
| ORTHOPAEDIC ASSOCIATES; SOUTH | ) | |
| JERSEY HEALTHCARE; SOUTH JERSEY | ) | |
| REGIONAL MEDICAL CENTER; | ) | |
| KIMBERLEY YVETTE SMITH, M.D., a/k/a | ) | |
| KIMBERLEY YVETTE SMITH-MARTIN, | ) | |
| M.D.; JOHN DOE(S) CORPORATIONS (1-4); | ) | |
| and JOHN DOE(S) M.D. (1-3), | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michele Hunton of the law firm of Lawson & Weitzen, LLP, as counsel for defendant Alaunus Pharmaceutical, LLC.  I certify that I am an Attorney-at-Law admitted to practice before the New Jersey State Courts as well as the United States District Court for the District of New Jersey.

LAWSON & WEITZEN, LLP

*/s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com

1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com