UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGHAN R. JONES, | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO. 12-cv-07712-RMB-JS |
| v. | ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER; AMERIDOSE, LLC; ALAUNUS PHARMACEUTICAL, LLC; PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES; SOUTH JERSEY HEALTHCARE; SOUTH JERSEY REGIONAL MEDICAL CENTER; KIMBERLEY YVETTE SMITH, M.D., a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.; JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3), | ) |
| Defendants. | ) |

**ALAUNUS PHARMACEUTICAL, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the Defendant, Alaunus Pharmaceutical, LLC ("Alaunus"), states that it does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus' stock.

LAWSON & WEITZEN, LLP

*/s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com

1

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 20, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

      */s/ Michele Hunton*

Michele Hunton
Lawson & Weitzen, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02110
Tel: (617) 439-4990
mhunton@lawson-weitzen.com