**Lawson & Weitzen, LLP**
88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990

*Counsel for Defendant Alaunus Pharmaceutical, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEGHAN R. JONES,<br><br>      Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER;<br>AMERIDOSE, LLC;<br>ALAUNUS PHARMACEUTICAL, LLC;<br>PREMIER ORTHOPAEDIC AND SPORTS MEDICINE ASSOCIATES OF SOUTHERN NEW JERSEY, LLC, also trading as PREMIER ORTHOPAEDIC ASSOCIATES;<br>SOUTH JERSEY HEALTHCARE;<br>SOUTH JERSEY REGIONAL MEDICAL CENTER;<br>KIMBERLEY YVETTE SMITH, M.D. a/k/a KIMBERLEY YVETTE SMITH-MARTIN, M.D.;<br>JOHN DOE(S) CORPORATIONS (1-4); and JOHN DOE(S) M.D. (1-3),<br><br>      Defendants. | Civil Action No.:  1:12-cv-07712-RMB-JS<br><br><br>**CONSENT ORDER FOR<br>AN EXTENSION OF TIME TO<br>RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY AGREED AND STIPULATED, by and between Defendant Alaunus

Pharmaceutical, LLC ("Alaunus") and Plaintiff Meghan Jones, that Defendant Alaunus is hereby

given an extension to February 22, 2013 to respond to Plaintiff's Complaint.

-2-

Dated:  February 20 ,2013


**LAWSON & WEITZEN, LLP**

By: **/s/ Michele A.  Hunton**
    Michele A. Hunton (NJ Bar # 01096)


88 Black Falcon Avenue
Boston, MA 02210
(617) 439-4990
*mhunton@lawson-weitzen.com*

*Counsel for Defendants*
*Alaunus Pharmaceutical, LLC*


**SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.**

By:    **/s/ Mary T. Gidaro**
        Mary T. Gidaro
        Michael F. Barrett


8000 Sagemore Drive
Suite 8303
Marlton, NJ 08053
(856) 751-8383
*MGidaro@smbb.com*
*MBarrett@smbb.com*

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Consent Order extending Defendant Alaunus' time to respond to Plaintiffs' Amended Complaint was served via the Court's ECF notification system on this 20th day of February, 2013 to the counsel of record.


        /s/ Michele A.  Hunton
        Michele A. Hunton